**Robert M. HOGAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 58331.

Missouri Court of Appeals, Western District.

Feb. 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied April 24, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Asst. Atty. Gen., and Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and THOMAS A. NEWTON, Judge.

## ORDER

Robert Hogan appeals the denial of his Rule 29.15 motion for post-conviction relief, based on ineffective assistance of counsel.

We have reviewed the briefs and the record on appeal, and find no error of law. unless otherwise noted.

A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

Judgment affirmed. Rule 84.16(b).